**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE:  (559) 498-8165

Attorney for Defendant, CANDICE BROWN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CANDICE BROWN, et al.,<br><br>Defendant. | CASE NO. CR-F- 05-000391 OWW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties and their attorneys, Stanley A. Boone, counsel for the Government, and Joan Jacobs Levie, counsel for defendant CANDICE BROWN, that the sentencing hearing currently scheduled for September 18, 2006 at 1:30 p.m. be continued until October 10, 2006 at 1:30 p.m. before the Hon. Oliver W. Wanger, United States District Court presiding.

The draft presentence report was not served on schedule to either counsel causing a elay of eight days.  The extra time is needed so that defense counsel can confer with the defendant about the draft report.  The above-requested date is mutually convenient for both the government and the defens.

//

//

//

PDF created with pdfFactory trial version www.pdffactory.com

DATED:   August 24, 2006

By:   Joan Jacobs Levie
JOAN JACOBS LEVIE
Attorney for Defendant
CANDICE BROWN

DATED:   August 24, 2006

By:   Stanley A. Boone
STANLEY A. BOONE
Assistant U.S. Attorney

\* \* \* \* \*

## **ORDER**

IT IS HEREBY ORDERED that the sentencing hearing will be continued in accordance with the above stipulation of counsel. The defendant is ordered to return to court for further proceedings on October 10, 2006 at 1:30 p.m.

DATED:  _8/24/06

By: /s/Oliver W. Wanger
OLIVER W. WANGER
United States District Court

-2-

PDF created with pdfFactory trial version www.pdffactory.com