PROB 35

## ORDER TERMINATING PROBATION
## PRIOR TO EXPIRATION DATE

---

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  1:05CR00391-03** |
| | ) | |
| **NASHIMA JOHNSON** | ) | |
| | ) | |

On July 28, 2006, the above-named was placed on Probation for a period of 3 years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Thomas A. Burgess

**THOMAS A. BURGESS**
**Senior United States Probation Officer**

Dated:        March 10, 2008
               Bakersfield, California

**REVIEWED BY:    /s/ Rick C. Louviere**
                 **RICK C. LOUVIERE**
                 **Supervising United States Probation Officer**

**Re:   Nashima JOHNSON**
**      Docket Number:   1:05CR00391-03**
**      ORDER TERMINATING PROBATION**
**      <u>PRIOR TO EXPIRATION DATE</u>**

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   <u>March 12, 2008</u>**            <u>       /s/ Oliver W. Wanger       </u>
                                    UNITED STATES DISTRICT JUDGE